Magistrate Judge Michelle L. Peterson

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 05 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Herbert D. Zeno, <br><br> Defendant. | NO. MJ25-116 <br><br> MOTION FOR DETENTION |

    The defendant in the above captioned case has been arrested for a [supervised release or probation] violation for another district. The United States moves under Federal Rule of Criminal Procedure 32.1(a)(6) – which incorporates by reference the standards of Title 18, United States Code, Section 3143(a)(1) – to detain the defendant pending the final disposition of the supervised release violation(s) in this matter.

    DATED this 5th day of March 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Ajay Ravindran*

AJAY RAVINDRAN
Special Assistant United States Attorney

MOTION FOR DETENTION - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970