

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

| | |
|---|---|
| **RAVI SUBRAMANIAN**<br>**District Court Executive**<br>**Clerk of Court** | **ERIC SMITS**<br>**Chief Deputy Clerk** |

March 6, 2025

**CLERK, US DISTRICT COURT**
Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue, Room 740
Portland, OR 97204-2802

Re:  Herbert D Zeno

Your No:  3:22CR00340-1
Our No:  MJ25-116

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated March 5, 2025, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Jessica Sands,
Deputy Clerk